# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00448-CV

**Greg Fullmer and Melanie A. Rocha, Appellants**

**v.**

**360 Mortgage Group, LLC, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
## NO. D-1-GN-13-001116, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants have filed an emergency motion asking us to stay all trial court proceedings, including discovery, pending our resolution of their appeal from the trial court's denial of their special appearances. We hereby stay the underlying proceedings, including discovery, and request that appellee file a response to appellants' emergency motion no later than July 22, 2013.

It is ordered July 12, 2013.

Before Justices Puryear, Rose and Goodwin